## UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION | MDL No. 3066 |

## ORDER DEEMING MOTION MOOT

Before the Panel is a motion filed by defendants RealPage, Inc., et al. seeking centralization of the actions on the attached schedule, pursuant to 28 U.S.C. § 1407, in the United States District Court for the Northern District of Texas for coordinated or consolidated pretrial proceedings. The Panel has now been advised that, pursuant to notices of voluntary dismissal, the Northern and Southern District of California actions were dismissed on December 15, 2022, thus depriving this litigation of its multidistrict character.

IT IS THEREFORE ORDERED that the motion filed by defendant RealPage, Inc., et al, for transfer under 28 U.S.C. § 1407 is DEEMED MOOT.

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

IN RE: REALPAGE, INC., RENTAL SOFTWARE
ANTITRUST LITIGATION                                                                MDL No. 3066

**SCHEDULE A**

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| CALIFORNIA NORTHERN | | | |
| CAN | 4 | 22−06904 | Lazarte v. RealPage, Inc. et al |
| CALIFORNIA SOUTHERN | | | |
| CAS | 3 | 22−01907 | Crook v. RealPage, Inc. et al |
| WASHINGTON WESTERN | | | |
| WAW | 2 | 22−01552 | Navarro v. RealPage Inc et al |
| WAW | 2 | 22−01617 | Alvarez et al v. RealPage Inc et al |
| WAW | 2 | 22−01618 | Cherry et al v. RealPage Inc et al |
| WAW | 2 | 22−01712 | Morgan et al v. RealPage Inc et al |
| WAW | 2 | 22−01726 | Armas et al v. RealPage Inc et al |
| WAW | 2 | 22−01734 | Johnson v. RealPage Inc et al |